IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT LEE JOHNSON, JR. | § | |
| v. | § | CIVIL ACTION NO. 2:12cv80 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

FINAL JUDGMENT

**CONSIDERING** the Report and Recommendation entered herein on August 27, 2013 (docket entry #19), and there being no objections filed thereto, for the reasons set forth therein, which are hereby adopted by the Court,

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration consistent with the Report and Recommendation and the opinion herein. Any motion not previously ruled on is **DENIED**.

**So Ordered and Signed on this**

**Sep 14, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1